**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alexis Nicole Hatter | Social Security number or ITIN   xxx–xx–4866 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Texas | |
| Case number: | 24–42433 | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alexis Nicole Hatter

2/20/25

**By the court:**   Brenda T. Rhoades
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 24-42433-btr
Alexis Nicole Hatter Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 2
Date Rcvd: Feb 20, 2025     Form ID: 318     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis Nicole Hatter, 2706 Cheverny Drive, Mckinney, TX 75070-4259 |
| 8485773 | + | BRAVO ACCEPTANCE, 11844 EAST NORTHWEST HIGHWAY, DALLAS, TX 75218-1410 |
| 8485774 | + | BUYERS HOLDINGS LLC, 176 GRAND STREET, NEW YORK, NY 10013-3786 |
| 8485781 | | PORTFOLIO, 287 INDEPENDNCE BLVD, #34, VIRGINIA BEACH, VA 23462-2962 |
| 8485784 | + | SELF/LEADB, 1801 MAIN ST, KANSAS CITY, MO 64108-2352 |
| 8485790 | + | THE GIO APARTMENTS, 1800 EAST SPRING CREEK PARKWAY, PLANO, TX 75074-3200 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FCJMOSER | Feb 21 2025 05:03:00 | Christopher Moser, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| 8485771 | ^ | MEBN | Feb 21 2025 00:18:24 | ATLAS, 300 COVENTRY ROAD, KENSINGTON, CA 94707-1214 |
| 8485772 | + | Email/Text: atlasadmin@atlascredit.com | Feb 21 2025 00:34:00 | ATLASCREDI, 410 WEST ERWIN STREET, TYLER, TX 75702-7133 |
| 8485775 | | EDI: CAPITALONE.COM | Feb 21 2025 05:03:00 | CAPONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 8485775 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 02:45:58 | CAPONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 8485777 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 21 2025 00:34:00 | DPEDNELNET, 121S13THST, LINCOLN, NE 68508 |
| 8485776 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 21 2025 00:34:00 | DPEDNELNET, 121 S 13TH, LINCOLN, NE 68508-1922 |
| 8485778 | ^ | MEBN | Feb 21 2025 00:17:43 | EASTERN ACCOUNT SYST, 111 PARK RIDGE ROAD, BROOKFIELD, CT 06804-3981 |
| 8485779 | ^ | MEBN | Feb 21 2025 00:18:14 | KIKOFF, PO BOX40070, RENO, NV 89504-4070 |
| 8485782 | + | Email/Text: ngisupport@radiusgs.com | Feb 21 2025 00:33:00 | RADIUS GLOBAL SOLUTIONS, 9550 REGENCY SQUARE BOULEVARD, JACKSONVILLE, FL 32225-8116 |
| 8485783 | + | Email/Text: ecfbankruptcy@nrg.com | Feb 21 2025 00:35:00 | RELIANT ENERGY, PO BOX 650475, DALLAS, TX 75265-0475 |
| 8485785 | + | Email/Text: compliance@sentrycredit.com | Feb 21 2025 00:35:00 | SENTRY CREDIT INC, 2809 GRAND AVENUE, EVERETT, WA 98201-3417 |
| 8485786 | + | Email/Text: bankruptcy@sw-credit.com | | |

Case 24-42433   Doc 17   Filed 02/22/25   Entered 02/22/25 23:35:46   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0540-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 318 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 21 2025 00:34:00 | SOUTHWEST CREDIT SYS, 2629 DICKERSON PKWY, CARROLLTON, TX 75007-4458 |
| 8485787 | + | Email/Text: bkinfo@ccfi.com | Feb 21 2025 00:34:00 | SPEEDY CASH, 3527 NORTH RIDGE ROAD, WICHITA, KS 67205-1212 |
| 8485788 | + | Email/Text: bankruptcies@brundagemgt.com | Feb 21 2025 00:34:37 | SUN LOAN, 1110 EAST PARKER ROAD, PLANO, TX 75074-5362 |
| 8485789 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Feb 21 2025 00:33:00 | SUNRISE CREDIT SERVICE, 8 CORPORATE CENTER DRIVE, MELVILLE, NY 11747-3193 |
| 8485791 | + | Email/Text: txulec09@vistraenergy.com | Feb 21 2025 00:35:00 | TXU ENERGY, PO BOX 660900, DALLAS, TX 75266-0900 |
| 8485792 | + | EDI: VERIZONCOMB.COM | Feb 21 2025 05:03:00 | VERIZON, 245 PERIMETER CENTER PARK, ATLANTA, GA 30346-2305 |
| 8485792 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 21 2025 00:32:00 | VERIZON, 245 PERIMETER CENTER PARK, ATLANTA, GA 30346-2305 |
| 8485793 | ^ | MEBN | Feb 21 2025 00:17:39 | WISELOAN, 3500 HULEN STREET, FORT WORTH, TX 76107-6812 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8485780 | ##+ | NATIONAL RECOVERY, 4201 CRUMS MILL RD, HARRISBURG, PA 17112-2893 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Moser | cmoser@qslwm.com cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2